No. 331, Misc. LEYRA v. NEW YORK. Court of Appeals of New York. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion the petition should be granted. *Harry G. Anderson* and

*Frederick W. Scholem* for petitioner. *Miles F. McDonald* and *William I. Siegel* for respondent.